West Coast Servicing, LLC v Williams (2023 NY Slip Op 06670)

West Coast Servicing, LLC v Williams

2023 NY Slip Op 06670

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, OGDEN, AND DELCONTE, JJ.

967 CA 22-01721

[*1]WEST COAST SERVICING, LLC, PLAINTIFF-RESPONDENT,
v
ROBERT J. WILLIAMS, ET AL., DEFENDANTS, AND GWENDOLYN WILLIAMS, DEFENDANT-APPELLANT. 

RONALD D. WEISS, P.C., MELVILLE (ROSEMARIE KLIE OF COUNSEL), FOR DEFENDANT-APPELLANT.
MARGOLIN, WEINREB & NIERER, LLP, SYOSSET (SETH D. WEINBERG OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered August 18, 2022. The order, inter alia, denied the motion of defendant Gwendolyn Williams to vacate a judgment of foreclosure and sale. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court